# EXHIBIT B
## TO
## NOTICE OF REMOVAL TO FEDERAL COURT

# COMMONWEALTH OF KENTUCKY
## ROWAN CIRCUIT COURT
### CASE NO.:

**QSAC GROUP, LLC,**

        **Plaintiff,**

**v.**

**NATIONWIDE ASSURANCE COMPANY,**

        **Defendant.**

_____ /

## COMPLAINT

**COMES NOW,** the Plaintiff, QSAC GROUP, LLC, by and through the undersigned counsel, and hereby sues the Defendant, NATIONWIDE ASSURANCE COMPANY, and as grounds therefore states as follows:

### JURISDICTION & VENUE

1. This is an action for damages in excess of Five-Thousand and 00/100 Dollars ($5,000.00), exclusive of attorneys' fees, pre-judgment interest, and costs.

2. At all times material hereto, Plaintiff, QSAC GROUP, LLC, was a Kentucky Limited Liability Company that owned real property located at: 1695 Flemingsburg Road, Morehead, Rowan County, Kentucky 40351.

3. At all times material hereto, Defendant, NATIONWIDE ASSURANCE COMPANY, was a for-profit corporation, registered with the state of Kentucky, and engaged in the business of providing insurance policies to commercial property owners located in Rowan County, Kentucky.

4. Jurisdiction and venue are proper in this Court.

**EXHIBIT B**

## GENERAL ALLEGATIONS

5. Plaintiff is the owner of real and business personal property located at: 1695 Flemingsburg Road, Morehead, Rowan County, Kentucky 40351 (the "Property").

6. Plaintiff maintained a commercial property insurance policy with Defendant covering the Property from June 12, 2023, to June 12, 2024, with policy number ACP-CP015606212539 (the "Policy"). The Policy Declarations are attached hereto as Exhibit "A". Plaintiff anticipates obtaining a true and correct copy of the Policy through discovery.

7. On or about August 26, 2023, Plaintiff's property was damaged by hail and wind.

8. On information and belief, Plaintiff has suffered a covered loss under the Policy and has otherwise suffered damage that is not excluded under the Policy.

9. Plaintiff duly reported the loss to Defendant, and Defendant assigned claim number 532102-GP to the loss.

10. Defendant accepted coverage for the loss but has adjusted the loss to be less than the deductible on the Policy. Thus, Defendant has failed and refused to provide any benefits due for Plaintiff's covered loss.

11. All conditions precedent to obtaining coverage for the loss have been complied with, met, or waived.

12. As a result of Defendant's refusal to honor its obligations under the Policy and Ky. Rev. Stat. §304.12-230, Plaintiff has retained the services of the undersigned attorney and is obligated to pay a reasonable fee for their services.

## COUNT I: BREACH OF CONTRACT

13. Plaintiff re-alleges and incorporates paragraphs One (1) through Twelve (12) as though fully set forth herein.

2

14. Plaintiff and Defendant are parties to a valid and binding contract of insurance, which requires Defendant to provide benefits to Plaintiff in the event of a covered loss under the Policy.

15. Plaintiff has suffered a covered loss under the Policy.

16. Defendant adjusted the loss to be less than the deductible on the Policy, and has failed and refused to provide any benefits due for Plaintiff's covered loss.

17. Plaintiff has been damaged by Defendant's breach of contract.

18. Plaintiff is entitled to compensation for Defendant's breach of the Policy.

19. Plaintiff demands a trial by jury on all triable issues in this case.

## COUNT II: VIOLATION OF KENTUCKY STATUTE §304.12-230

20. Plaintiff re-alleges and incorporates by reference paragraphs One (1) through Nineteen (19) as though fully set forth herein.

21. Defendant has a non-delegable duty, under Ky. Rev. Stat. §304.12-230 to use reasonable diligence and operate in good faith while investigating, evaluating, and settling Plaintiff's claim.

22. Defendant has a duty to accurately represent pertinent facts and insurance policy provisions relating to the coverage at issue pursuant to Ky. Rev. Stat. §304.12-230(1).

23. Defendant has a duty to attempt to adopt and implement reasonable standards for the prompt investigation of claims arising under insurance policies pursuant to Ky. Rev. Stat. §304.12-230(3).

24. Defendant has a duty to attempt in good faith to effectuate prompt, fair and equitable settlements of claims in which liability has become reasonably clear under Ky. Rev. Stat. §304.12-230(6).

3

25. Defendant has compelled Plaintiff to engage in litigation by failing to pay Plaintiff's claim for benefits due under the Policy.

26. Defendant breached its above stated duties to Plaintiff; failed to act fairly and reasonably toward Plaintiff; demonstrated a significant disregard of Plaintiff's rights and economic interests; and undertook action towards Plaintiff that were not honest or reasonable.

27. Defendant breached its duties to Plaintiff by negligent and intentional action evincing a significant disregard of Plaintiff's rights, thereby failing to pay Plaintiff's claim for benefitws due under the Policy.

28. Defendant had no reasonable basis for its severe undervaluation of Plaintiff's claim for benefits due under the policy and had knowledge of, or a reckless disregard of, the lack of a reasonable basis for its valuation of Plaintiff's claim.

29. Defendant's violations of Ky. Rev. Stat. §304.12-230 set forth above have caused Plaintiff to incur additional damages. The Defendant's misconduct has caused and will continue to cause Plaintiff to incur attorney's fees and costs in order to obtain benefits due under the Policy.

30. The Defendant is responsible for paying Plaintiff's attorneys' fees, costs, and interest under Ky. Rev. Stat. §304.12-230 and Ky. Rev. Stat. §304.12-235.

31. Plaintiff demands a trial by jury on all triable issues in this case.

**WHEREFORE**, Plaintiff, QSAC GROUP, LLC, demands judgment against Defendant, NATIONWIDE ASSURANCE COMPANY, for:

A. All damages to which Plaintiff is entitled;

B. Pre-judgment interest pursuant to Ky. Rev. Stat. §304.12-235;

C. Attorney's fees, expert fees, and costs pursuant to Ky. Rev. Stat. §304.12-230; and

D. All other relief considered by this Honorable Court to be reasonable and appropriate.

4

Dated: **August 20, 2024**.

Respectfully Submitted,


_/s/Julie Scott Jernigan_____
Julie Scott Jernigan
KBA #90393
BOGGS LAW GROUP, PA
271 W Short Street, Suite 812
Lexington, Kentucky 40507
Phone: 859-629-8269
Email: jjernigan@boggslawgroup.com
boggs-pleadings@boggslawgroup.com
Attorney for Plaintiff



NATIONWIDE ASSURANCE

ONE WEST NATIONWIDE BLVD
COLUMBUS, OH 43215-2220
1-877 On Your Side
1 (877) 669-6877

**Nationwide®**

**RENEWAL**

## COMMERCIAL PROPERTY

## COMMON DECLARATIONS

| | |
|---|---|
| Policy Number: | ACP CP015606212539 |
| Named Insured: | QSAC GROUP LLC |
| Mailing Address: | 1695 FLEMINGSBURG RD |
| | MOREHEAD, KY 40351-9167 |
| Agency: | ALAN K HATFIELD INC. |
| Address: | 290 MCKEE RD |
| | SOMERSET, KY 42503-4592 |
| Agency Phone: | (606) 679-6904 |
| Policy Period: | Effective From 06-12-2023 To 06-12-2024 |
| | 12:01 AM Standard Time at the |
| | insured's mailing address. |
| The Insured is a(n): | Limited Liability Company |

### 📋⚠️ *Premium/Fees*

| | |
|---|---|
| Total Annual Premium | $12,567.00 |
| Surcharge/Assessment | $1,313.37 |
| **Total Policy Premium** | **$13,880.37** |

**You may access your policy and any applicable endorsements any time at www.nationwide.com.**

CP DS 01 01 21 Page





# COMMERCIAL PROPERTY

## SCHEDULE(S)

| Policy Number: | ACP CP015606212539 | Policy Period: | From 06-12-2023 To 06-12-2024 |
|---|---|---|---|

### SCHEDULE OF NAMED INSUREDS

| Named Insured | Type of Entity |
|---|---|
| QSAC GROUP LLC | Limited Liability Company |

### SCHEDULE OF LOCATIONS

| Location | Location ID | Location Address |
|---|---|---|
| 001 | | 1695 FLEMINGSBURG RD, MOREHEAD, KY 40351-9167 |

### Policy Summary

| Coverage | Premium |
|---|---|
| Policywide Coverages | $597.61 |
| 1:1695 FLEMINGSBURG RD,MOREHEAD,KY | $11,969.39 |
| **Policy Summary Total** | **$12,567.00** |

### SURCHARGES AND ASSESSMENTS

| | |
|---|---|
| | $1,313.37 |
| **Surcharge/Assessment Total** | **$1,313.37** |



# COMMERCIAL PROPERTY

## SCHEDULE(S)

**Nationwide®**

| Policy Number: | ACP CP015606212539 | Policy Period: | From 06-12-2023 To 06-12-2024 |

### FORMS AND ENDORSEMENTS SUMMARY

| Form Number | Title |
| --- | --- |
| CPDS01 01 21 | Commercial Property Declarations |
| IL 00 17 11 98 | Common Policy Conditions |
| IL 02 63 09 08 | Kentucky Changes - Cancellation And Nonrenewal |
| IL 09 35 07 02 | Exclusion Of Certain Computer-Related Losses |
| IL 09 52 01 15 | Cap On Losses From Certified Acts Of Terrorism |
| IL 09 85 12 20 | Disclosure Pursuant To Terrorism Risk Insurance Act |
| IL 09 95 01 07 | Conditional Exclusion Of Terrorism (Relating To Disposition Of Federal Terrorism Risk Insurance Act) |
| CP 00 10 10 12 | Building And Personal Property Coverage Form |
| CP 00 90 07 88 | Commercial Property Conditions |
| CP 01 40 07 06 | Exclusion Of Loss Due To Virus Or Bacteria |
| CP 01 66 09 00 | Kentucky Changes |
| CP 10 30 09 17 | Causes Of Loss - Special Form |
| CP 12 70 09 96 | Joint Or Disputed Loss Agreement |
| NCP 71 04 07 07 | Property Amendatory Endorsement |
| NCP 71 32 08 21 | Commercial Property Gold Protection Plus Endorsement |
| NCP 73 91 04 21 | Named Insureds Endorsement |

### IMPORTANT NOTICES

| Form Number | Title |
| --- | --- |
| NI5034 01 22 | Commercial Property Transfer of Your Policy within Nationwide Insurance |
| NI0062 01 21 | Notice of Terrorism Insurance Coverage |
| NI0018 01 17 | Flood Insurance Notice |
| NI0035 01 17 | Data Breach & Identity Recovery Services |
| NI0082 07 17 | Protective Safeguard Endorsement Advisory Notice To Policyholders |





# COMMERCIAL PROPERTY

## PROPERTY DECLARATIONS

**Nationwide®**

| Policy Number: | ACP CP015606212539 | Policy Period: | From 06-12-2023 To 06-12-2024 |
|---|---|---|---|

**Location 001:**

**Location Address:**  1695 FLEMINGSBURG RD
MOREHEAD, KY 40351-9167

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "SELECTED".

**Location 001/Building 001:**

002001                                                          **Construction Type:** Frame

**Class Description:** Restaurants - With cooking

Property Coverage for this location is subject to the Structure Building Deductible shown below unless otherwise stated in the policy.

| Building Coverages | Deductible | Limit | Premium |
|---|---|---|---|
| Structure Building | $2,500 | $921,000 | $9,708.00 |
| Windstorm or Hail Deductible | $2,500 | | |
| Theft Deductible | $2,500 | | |
| Valuation | Replacement Cost | | |
| Cause of Loss | Special | | |
| Coinsurance | 80% | | |
| Joint Or Disputed Loss Agreement | | Selected | |

**Building 001 - Occupancy 001:**

**Class Description:** Restaurants - With cooking

**Personal Property - All Personal Property 001:**

| Personal Property Coverages | Deductible | Limit | Premium |
|---|---|---|---|
| Personal Property | $2,500 | $115,100 | $1,311.00 |
| Windstorm or Hail Deductible | $2,500 | | |
| Theft Deductible | $2,500 | | |



**Nationwide®**

# COMMERCIAL PROPERTY

## PROPERTY DECLARATIONS

| Policy Number: | ACP CP015606212539 | | Policy Period: | From 06-12-2023 To 06-12-2024 |
|---|---|---|---|---|

| Personal Property Coverages | | Deductible | Limit | Premium |
|---|---|---|---|---|
| Cause of Loss | Special | | | |
| Valuation | Replacement Cost | | | |
| Coinsurance | 80% | | | |



**Nationwide®**

# COMMERCIAL PROPERTY

## PROPERTY DECLARATIONS

| Policy Number: | ACP CP015606212539 | Policy Period: | From 06-12-2023 To 06-12-2024 |
|---|---|---|---|

**Policywide Coverages:** Coverages are applicable to all Locations

| Policywide Coverages | Deductible | Limit | Premium |
|---|---|---|---|
| Equipment Breakdown Coverage - No Coverage | | No Coverage | |
| Expense Constant | | | $181.00 |

**IN WITNESS WHEREOF,** the Company has caused this policy to be signed by its Secretary and President

_____
**Secretary**

_____
**President**